JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE RIOS, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, a business entity form unknown; and DOES 1 through 15, inclusive,<br><br>   Defendants. | Case No. 2:20-cv-05168 RGK (AGRx)<br><br>(Honorable R. Gary Klausner)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:  May 7, 2020 |

1031462\306439875.v1

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 21, 2020

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE